App. Div.]          Fourth Department, November, 1918.

Before STATE INDUSTRIAL COMMISSION, Respondent.  In the Matter of
the Claim of ANTHONY HERALD for Compensation under the Workmen's
Compensation Law, v. COHEN & SYMANSKY, Employers, and UNITED
STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.
— Award unanimously affirmed.

MUNICIPAL GAS COMPANY OF THE CITY OF ALBANY v. THE PUBLIC
SERVICE COMMISSION, SECOND DISTRICT, and Others.— Order unanimously
affirmed, with ten dollars costs and disbursements.  Motion for leave to
appeal to the Court of Appeals granted, and the following question certified:
" Does the complaint in this action state facts sufficient to constitute a
cause of action against the defendant Public Service Commission, Second
District? "

THE PEOPLE OF THE STATE OF NEW YORK v. PEARL MARCELLUS.—
Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A.
HEIN, Appellant.— Judgment of conviction unanimously affirmed.

NICHOLAS J. QUIRK, Appellant, v. CHARLES H. WORDEN, Respondent.—
Order unanimously affirmed, without costs of this appeal.

SARATOGA STATE WATERS CORPORATION, Respondent, v. GEORGE D.
PRATT, Appellant.— Motion denied, on the authority of *Mundt* v. *Glokner*
(160 N. Y. 571); *New York Central & H. R. R. R. Co.* v. *State of New York*
(166 id. 286).

E. A. STROUT FARM AGENCY, Appellant, v. ARCHIE GLADSTONE, Respond-
ent.— Order unanimously affirmed, with costs.

FRED J. SARONEY, Respondent, v. THE STATE OF NEW YORK, Appellant.
— Judgment unanimously affirmed, with costs.

ROY L. THAYER, Respondent, v. JOSEPH A. LEGGETT and Others, Appel-
lants.— Motion granted.

WILLIAM TRAINOR, Respondent, v. NITRO POWDER COMPANY, Appellant.
— Judgment and order unanimously affirmed, with costs.

HAROLD J. TOBIN, Respondent, v. ELMIRA, CORNING AND WAVERLY
RAILWAY, Appellant.— Judgment and order unanimously affirmed, with
costs.

THE VILLAGE OF HOBART, Respondent, v. JOSEPH M. RAYNOR, Appellant.
— Judgment unanimously affirmed, with costs.

---

## FOURTH DEPARTMENT, NOVEMBER, 1918.

JOHN TUCHOLKA, Appellant, *v.* THE WESTERN ASSURANCE COMPANY OF
TORONTO, CANADA, Respondent.

*Insurance — when policy becomes effective.*

Appeal by the plaintiff, John Tucholka, from a judgment of the Supreme
Court in favor of the defendant, entered in the office of the clerk of Erie
county on the 8th day of February, 1917, dismissing plaintiff's complaint
and cause of action and for sixty-eight dollars and seventy-seven cents costs.